IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WALEED M. ESAADI,<br>Plaintiff, | §<br>§<br>§ | |
| v. | § | No. 3:26-CV-086-K-BW |
| AMAZON.COM SERVICES, LLC,<br>Defendant. | §<br>§<br>§ | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, Defendant's Motion to Dismiss (Dkt. No. 13) is **GRANTED** in part and **DENIED** in part as set forth below.

Defendant's motion to dismiss for insufficient service of process pursuant to Rule 12(b)(5) is **DENIED**, and Plaintiff is ordered to properly serve Amazon within 21 days of this Order. If Plaintiff fails to serve Defendant within the time allowed, his lawsuit will be dismissed without prejudice.

Defendant's motion to dismiss for failure to state a claim pursuant to Rule 12(b)(6) is **GRANTED**. Plaintiff's Title VII claims for disparate treatment based on race, national origin, and religion, hostile work environment, and retaliation are **DISMISSED WITH PREJUDICE**. Plaintiff shall be permitted to replead his age

discrimination and retaliation claims under the ADEA and must file his amended complaint as to these claims only within 30 days of this Order.

SO ORDERED.

Signed September 8th, 2026.

Ed Kinkeade

ED KINKEADE
UNITED STATES DISTRICT JUDGE